BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | CASE NO. 1:11-SW-00259 BAM |
| 3508 East Weldon Avenue, Fresno, CA 93703. | MOTION TO UNSEAL SEARCH WARRANT AND AFFIDAVIT |

The United States of America hereby applies to this Court for an order unsealing the search warrant and affidavit in support of the search warrant previously sealed herein by the Court on October 27, 2011. Due to the execution of the search warrant, the search warrant and affidavit no longer need to remain sealed.

Accordingly, the United States requests that the search warrant and affidavit be unsealed and made public record.

DATED: November 2, 2011            BENJAMIN B. WAGNER
                                    United States Attorney

                           By:  /s/ Ian L. Garriques
                                IAN L. GARRIQUES
                                Assistant U.S. Attorney

1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: <br><br> 3508 East Weldon Avenue, <br> Fresno, CA 93703. | ) CASE NO.  1:11-SW-00259 BAM <br> ) <br> ) ORDER TO UNSEAL SEARCH WARRANT AND <br> ) AFFIDAVIT <br> ) |

The search warrant and affidavit in support of the search warrant, having been sealed by order of this Court on October 27, 2011, and it appearing that the search warrant and affidavit no longer need to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the search warrant and affidavit in support of the search warrant herein be unsealed and made public record.

DATED: 11/2/11

_____
UNITED STATES MAGISTRATE JUDGE

2